[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  15-14148
Non-Argument Calendar
_____

D.C. Docket No. 6:14-cr-00236-RBD-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABRAHAM WHITE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(April 20, 2016)

Before HULL, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Stephan J. Langs, appointed counsel with the Federal Public Defender's

Office for Abraham White in this direct criminal appeal, has moved to withdraw

from further representation of the appellant and filed a brief under *Anders v.*

*California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our

independent review of the entire record reveals that Langs's assessment of the

relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, Langs's motion to withdraw is

**GRANTED** and White's conviction and sentence are **AFFIRMED**.